**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7650**

---

RALPH LEWIS FERRELL,

Plaintiff - Appellant,

versus

WILLIAM AMONETTE, Dr.,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge. (CA-95-94-R)

---

Submitted: January 11, 1996          Decided: January 25, 1996

---

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Ralph Lewis Ferrell, Appellant Pro Se. Eleanor Andrews Lasky, Powell M. Leitch, WOODS, ROGERS & HAZLEGROVE, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Ferrell v. Amonette</u>, No. CA-95-94-R (W.D. Va. Sept. 19, 1995). We deny Appellant's motion for copies of his medical records. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2